M|

FILED BY ____ D.C.

05 AUG -1  AM 10: 51

THOMAS M. GOULD
CLERK, U.S. DISTRICT COURT
W/D OF TN, MEMPHIS

IN THE UNITED STATES DISTRICT COURT FOR
THE WESTERN DISTRICT AT TENNESSEE
WESTERN DIVISION

FILED BY ____ D.C.

2005 JUL 27 PM 12: 20

THOMAS M. GOULD
CLERK, U.S. DISTRICT COURT
W/D OF TN, MEMPHIS

UNITED STATES OF AMERICA,

    Plaintiff,

VS.

MICHAEL BLOCKER,

    Defendant.

Docket No. 04-20202-M1

MOTION GRANTED

Reset to Wed. Oct 12, 2005 at 9:00 A.M.

JON PHIPPS McCALLA
U.S. DISTRICT JUDGE

Aug 1, 2005
DATE

## MOTION REQUESTING CONTINUANCE OF SUPERVISED RELEASE VIOLATION HEARING

Comes now the Defendant, by and through counsel, and respectfully requests that the currently set hearing of August 4, 2005, at 9:00 a.m. be rescheduled. Counsel would show, for good cause, the following;

1. The Defendant in this matter is currently participating in some activities of which both Defense Counsel and the United States Assistant Attorney are aware.

2. These activities are ongoing and, in order to assure continued cooperation, it is necessary that they continue for at least another sixty (60) days.

3. The Assistant United States Attorney in this matter, Mr. Greg Gilluly, is aware of this request and joins in the request for continuance.

WHEREFORE, PREMISES CONSIDERED, counsel for the Defendant respectfully requests that this matter be reset for approximately sixty (60) days so that the Defendant may continue with the cooperation that he currently providing.

This document entered on the docket sheet in compliance
with Rule 55 and/or 32(b) FRCrP on _8-1-05_

24

Respectfully submitted;

_____
BILL ANDERSON, JR. #10363
Attorney for Defendant
142 North Third Street, Third Floor
Memphis, Tennessee 38103
(901) 527-6521

## CERTIFICATE OF SERVICE

I certify that a copy of the foregoing document has been furnished to the Mr. Greg Gilluly, Assistant United States Attorney, 167 North Main, Suite 800, Memphis, Tennessee 38103 on this 27 day of July, 2005, via-hand delivery.

BY: _____
BILL ANDERSON, JR.;
Attorney for Defendant

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 24 in case 2:04-CR-20202 was distributed by fax, mail, or direct printing on August 1, 2005 to the parties listed.

---

Terrell L. Harris
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

William C. Anderson
ANDERSON LAW FIRM
142 North Third St.
Memphis, TN 38103

E. Greg Gilluly
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

Honorable Jon McCalla
US DISTRICT COURT