# IN THE UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF TENNESSEE AT MEMPHIS

FILED BY

2005 OCT -7  AM 11: 37

THOMAS M. GOULD
CLERK, U.S. DISTRICT COURT
W/D OF TN, MEMPHIS

UNITED STATES OF AMERICA,

    Plaintiff,

v.                                             Case. No.: 04-20202-M1

MICHAEL BLOCKER,

    Defendant.

**MOTION GRANTED**
Reset to Thursday Jan. 12, 2006 at 9:00 a.m.

/s/ Jon P. McCalla
JON PHIPPS McCALLA
U.S. DISTRICT JUDGE
Oct. 11, 2005

## MOTION REQUESTING CONTINUANCE OF SUPERVISED RELEASE VIOLATION HEARING

COMES NOW, the Defendant, Michael Blocker, by and through counsel, and respectfully requests that the currently set hearing of October 12, 2005 at 9:00 a.m. be rescheduled. Counsel would show, for good cause, the following:

1. The Defendant in this matter is currently participating in some activities of which both Defense Counsel and the United States Assistant Attorney are aware.

2. These activities are ongoing and, in order to assure continued cooperation, it is necessary that they continue for at least another ninety (90) days.

3. The Assistant United States Attorney in this matter, Mr. Greg Gilluly, is aware of this request and joins in the request for continuance.

This document entered on the docket sheet in compliance with Rule 55 and/or 32(b) FRCrP on 10-11-05



WHEREFORE, PREMISES CONSIDERED, counsel for the Defendant respectfully requests that this matter be reset for approximately ninety (90) days so that the Defendant may continue with the cooperation that he currently providing.

Respectfully Submitted;

*Bill Anderson*
Bill Anderson, Jr. BPR # 10363
Attorney for Defendant
369 N. Main St.
Memphis TN 38103
(901) 527-6521

## CERTIFICATE OF SERVICE

I certify that a copy of the foregoing document has been furnished to the Assistant United States Attorney, Mr. Greg Gilluly, at 167 North Main, Suite 800, Memphis, Tennessee 38103, on this the 7 day of Oct., 2005, via hand delivery.

BY: *Bill Anderson*
BILL ANDERSON, JR.,
Attorney for Defendant

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 27 in case 2:04-CR-20202 was distributed by fax, mail, or direct printing on October 11, 2005 to the parties listed.

---

Terrell L. Harris
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

E. Greg Gilluly
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

William C. Anderson
ANDERSON LAW FIRM
369 N. Main St.
Memphis, TN 38103

Honorable Jon McCalla
US DISTRICT COURT