# UNITED STATES DISTRICT COURT
## Western District of Tennessee

FILED BY _____ D.C.

05 DEC 15 AM 10: 07

THOMAS M. GOULD
CLERK, U.S. DISTRICT COURT
W/D OF MEMPHIS

UNITED STATES OF AMERICA
    Plaintiff,

VS.

Case Number 2:04CR20202-01-M1

MICHAEL JEROME BLOCKER
    Defendant.

## JUDGMENT AND COMMITMENT ORDER
## ON SUPERVISED RELEASE VIOLATION
### (For Offenses Committed On or After November 1, 1987)

The defendant, Michael Jerome Blocker, was represented by William Anderson, Esq.

It appearing that the defendant, who was convicted on February 18, 1997 in the Southern District of Texas in case 4:95CR00160-02, in the above styled cause and was placed on Supervised Release for a period of four (4) years, has violated the terms of Supervised Release.

It is hereby ORDERED and ADJUDGED that the Supervised Release of the defendant be revoked.

FURTHERMORE, the Court hereby re-imposes a term of Supervise Release with supervision to expire on April 10, 2007. The same previously imposed conditions remain in effect. Additionally, the defendant shall submit to mental health testing and mental health treatment programs as directed by the Probation Officer.

The defendant is allowed to remain released on present bond.

Signed this the ___14___ day of December, 2005.

                                         JON PHIPPS McCALLA
                                         UNITED STATES DISTRICT JUDGE

Defendant's SS No.: 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
Defendant's Date of Birth: 08/12/1965
U.S. Marshal No.: 69301-079
Defendant's Mailing Address: 3901 Oak Branch Circle East, Bartlett, TN 38135

This document entered on the docket sheet in compliance
with Rule 55 and/or 32(b) FRCrP on 12-15-05

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 31 in case 2:04-CR-20202 was distributed by fax, mail, or direct printing on December 15, 2005 to the parties listed.

---

E. Greg Gilluly
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

William C. Anderson
ANDERSON LAW FIRM
369 N. Main St.
Memphis, TN 38103

Terrell L. Harris
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

Honorable Jon McCalla
US DISTRICT COURT